TENTATIVE RULING

ISSUED BY JUDGE CHRISTOPHER B. LATHAM

| | |
|---|---|
| Adversary Case: | RONALD E. STADTMUELLER v. PRAIRIE CAPITAL ADVISORS, INC. |
| Bankruptcy Case: | INTEGRATEDMARKETING.COM |
| Adversary Number: | 21-90062-CL |
| Case Number: | 19-04688-CL7 |
| Hearing: | 10:30 AM  Monday, December 12, 2022 |
| Motion: | PRE-TRIAL STATUS CONFERENCE (fr. 8/19/22) |

The court has considered the parties' joint status report in the companion case (Adv. No. 21-90061-CL, ECF No. 29) and its own docket.  The parties indicate discovery is progressing and propose a 90-day continuance.  *Id.*  The court finds this request to be reasonable.  So good cause appearing, it **continues** the matter to **March 13, 2023 at 10:00 a.m.**, directs the parties to file a status report one week beforehand, and excuses appearances at the December 12, 2022 hearing.